# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

132254

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

MIGUEL C. LUNA,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132254
COA: 260153
Berrien CC: 04-403553-FH

     On order of the Court, the application for leave to appeal the August 17, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

t1120

_____
Clerk